Certificate Number: 17082-MSN-DE-039599169

Bankruptcy Case Number: 25-10991



17082-MSN-DE-039599169

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2025, at 2:54 o'clock PM MST, MICHAEL C BAILEY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date: April 27, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director