IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Michael Cory Bailey, Debtor                    Case No. 25-10991-SDM
                                                                        CHAPTER 13

## RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion to Dismiss (dk # 16) as follows:

1. Debtor commenced this case on March 27, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtor's wage order was entered and forwarded to the Debtor's employer as required; however, the employer failed to timely implement the wage garnishment.

3. The employer has recently begun deducting the plan payments as required, and the Debtor anticipates that the plan payments will now continue on a regular schedule pursuant to the wage order.

4. Debtor can continue making the plan payments.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted,

                                By:    /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                        Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on July 1, 2025, to:

By Electronic CM/ECF Notice:

    Todd S. Johns

    U.S. Trustee

                               /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr.